■ In the Matter of RICHARD FLOWERS, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of Corrections, et al., Respondents.—Motion for permission to proceed as a poor person treated as an application, pursuant to CPLR 5704 (a), to review an order of the Supreme Court at Special Term, which denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied *(see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOUGLAS GRAY, Petitioner, v ROBERT HOKE, as Superintendent of Eastern Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied. Mahoney, P. J., Kane, Main, Yesawich, Jr., and Harvey, JJ., concur.